IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TEXAS OCR TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:10cv64 |
| AMAZON.COM, INC. and AMAZON SERVICES LLC, | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO F.R.C.P. 7.1**

Plaintiff, TEXAS OCR TECHNOLOGIES, LLC, hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Texas OCR Technologies, LLC is a Texas limited liability company and, pursuant to FRCP 7.1(a)(1), there is no corporation which owns the company's stock.

**Dated:  February 26, 2010.**

Respectfully submitted,

/s/ T. John Ward, Jr.
Barry J. Bumgardner
Texas State Bar No. 00793424
Attorney-in-Charge
Edward E. Casto, Jr.
Texas State Bar No. 24044178
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
Fax (817) 377-3485
barry@nbclaw.net
ecasto@nbclaw.net

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX  75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

T. John Ward, Jr.
Texas State Bar No. 00794818
Wesley Hill
Texas State Bar No. 24032294
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas  75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF**